IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

UNITED STATES OF AMERICA

v.

ARACELIO MEJIAS,

                **Defendant.**

*******************************************

Criminal Action No.
01-CR-258 (NAM)

FILED
OCT - 5 2007

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Fourth Superseding Indictment No. 01-CR-258 and arrest warrant against ARACELIO MEJIAS, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: <u>Unavailability of witnesses</u>

___ Consents

___ Objects

_X_ Has not been consulted

This dismissal is without prejudice.

>GLENN T. SUDDABY
>United States Attorney
>
>*Edward R. Broton*
>
>By:   Edward R. Broton
>      Assistant U.S. Attorney
>      Bar Roll No. 101230

Leave of court is granted for the filing of the foregoing dismissal.

Dated:   October 5, 2007
         Syracuse, New York

Hon. Norman A. Mordue
Chief Judge

2